Michelle R. Matheson  #019568
mmatheson@mathesonlegal.com
Darrel S. Jackson #018415
djackson@mathesonlegal.com
Matthew E. Walls #026523
mwalls@mathesonlegal.com
MATHESON & MATHESON, P.L.C.
15300 N. 90th Street, Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
Attorneys for Plaintiff

Jeffrey S. Judd #018816
jjudd@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
(602) 474-3600
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dianna Phillips,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GFK Custom Research, L.L.C., a foreign limited liability company,<br><br>　　　　　Defendant. | Case No. 4:11-cv-00050-TUC-DCB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the terms of the Settlement Agreement and Release of Claims approved by this Court [Docket No. 31], the parties, by and through undersigned counsel, stipulate and agree to dismiss this matter with prejudice.

RESPECTFULLY SUBMITTED this 11th day of April, 2012.

/s/ Darrel S. Jackson
Darrel S. Jackson
Matheson & Matheson, P.L.C.
15300 N. 90th Street
Suite 550
Scottsdale, AZ  85260
(480) 889-8951
Attorney for Plaintiff


/s/ Jeffrey S. Judd (with permission)
Jeffrey S. Judd
jjudd@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
(602) 474-3600
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on this 11th day of April 2012, I electronically transmitted a PDF version of this document to the Office of the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the Following CM/ECF registrants:


/s/ Heather Daniels