IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dianna Phillips,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GFK Custom Research, L.L.C., a foreign limited liability company,<br><br>　　　　Defendant. | Case No. 4:11-cv-00050-TUC-DCB<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED dismissing this matter with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 25th day of April, 2012.

David C. Bury
United States District Judge